Ivan R. Novich, Esq. (NJ Bar No. 038311996)
Lindsay Sorin, Esq. (NJ Bar No. 015112010)
**LITTLER MENDELSON**
A Professional Corporation
One Newark Center, Eighth Floor
Newark, New Jersey 07102
973.848.4700
Attorneys for Defendants

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CYNTHIA CUBERO,<br><br>        Plaintiff,<br><br>vs.<br><br>SANSONE AUTO NETWORK, ROUTE ONE CORPORATION individually and d/b/a SANSONE'S ROUTE 1 TOYOTA, JOSE CORNIELES individually and GARY BREGMAN, individually.<br><br>        Defendants. | Civil Action No. 2:16-cv-02307 (WJM)(MF)<br><br>**STIPULATION DISMISSING THIS CIVIL ACTION AND THE COMPLAINT WITH PREJUDICE**<br><br>**Electronically Filed** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel of record that the above matter shall be and is dismissed with prejudice against all defendants. Each party to bear her/its/their own attorneys' fees and costs.

| | |
|---|---|
| **ARCE LAW GROUP, PC.**<br>Attorneys for Plaintiff<br><br>By: _____<br>    Bryan S. Arce, Esq.<br><br>Dated: _____, 2016 | **LITTLER MENDELSON, P.C.**<br>Attorneys for Defendants<br><br>By: _____<br>    Lindsay M. Sorin, Esq.<br><br>Dated: 12-29-___, 2016 |